PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KEITH SIEFERT, | ) |
|       Plaintiff, | ) CASE NO.  4:22CV1453 |
| v. | ) JUDGE BENITA Y. PEARSON |
| LIBERTY TOWNSHIP, | ) |
|       Defendant. | ) **ORDER** |

    The above-captioned matter is set for a mediation conference on May 3, 3023 at 10:00 a.m.  Accordingly, the Telephonic Status Conference originally scheduled for May 1, 2023 at 12:00 p.m. is hereby rescheduled to May 17, 2023 at 12:00 p.m.  Counsel for Defendant is to set up the conference call by joining the other participants and calling the Court at (330) 884-7435.  Parties' attendance is welcome, but not mandatory.  Counsel should notify the Court in advance of the Status Conference if the matter has settled.

    IT IS SO ORDERED.

| | |
|---|---|
| April 25, 2023 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |